MANY *vs*. PARMLY.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF
NEW-ORLEANS.

Where the testimony is contradictory, on mere questions of fact, the verdict
of the jury, when it is not apparently erroneous, will not be disturbed.

This is an action against the defendant, for the sum of
four hundred and thirty-one dollars, which is claimed as a
balance on a written contract for carpenter's work, and
for extra work done on a house. The plaintiff alleges, that
this sum is actually due to him, and that the defendant re-
fuses to pay him, for which he prays judgment, with the
builder's privilege on the house, &c.

The defendant admitted his written contract with the
plaintiff, but averred, that the work which the latter con-
tracted to do, was performed so unskilfully that he has
suffered loss, having already paid the plaintiff a large sum,
much more than the work done was worth. He denies that
there was any extra work done. He claims five hundred
dollars damages, in reconvention, and prays that the
plaintiff's demand be rejected.

Upon this issue the cause was submitted to a jury, with
the testimony introduced on both sides. A verdict was re-
returned, allowing the plaintiff four hundred and twenty-one
dollars, and from judgment rendered thereon the defendant
appealed.

*Roselius*, for the plaintiff.

*Chinn*, for the defendant.

*Martin, J.*, delivered the opinion of the court.

The defendant resisted the plaintiff's claim for work and
labor done on his house, on an allegation of its having been

Where the testimony is contradictory, on mere questions of fact, the verdict of the jury, when it is not apparently erroneous, will not be disturbed.

so unskilfully executed that it is of no value. The plaintiff had a verdict and judgment, and the defendant appealed.

The case appears to us to turn on a single question of fact, to wit : whether the matter pleaded in defence has been established. No question of law is presented for our consideration.

The testimony is somewhat contradictory. The jury, however, have come to the conclusion, that the defendant has failed to establish his defence. On a close examination of the testimony, it does not appear to us that the jury erred.

It is, therefore, ordered, adjudged and decreed that the judgment of the Parish Court be affirmed, with costs.